| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | MARK W. UNDERWOOD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-po-00163-DB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CLOSE MATTER AND |
| | ) | VACATE FURTHER PROCEEDINGS |
| vs. | ) | |
| | ) | |
| MARK W. UNDERWOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney John Mulroy, and defendant MARK W. UNDERWOOD, individually and by and through his counsel of record, Rachelle Barbour, hereby stipulate as follows:

1. A criminal citation was issued to defendant in the Eastern District of California under case number 2:18-po-00163-DB. Defendant made his initial appearance before a judicial officer of the Court in the Eastern District of California on June 12, 2018. At that time, the court set defendant's case for a status conference on July 17, 2018, with trial set for September 20, 2018.

2. On June 22, 2018, defendant forfeited collateral in the amount of $130 through the Central Violations Bureau as required under the citation issued to defendant.

Stipulation and Order

3. The parties hereby agree and stipulate that the criminal matter should be closed. The parties further request that defendant's status conference set for July 17, 2018, and trial set for September 20, 2018, should be vacated as moot.

DATED: June 25, 2018  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for James Matthew Hollis, Jr.

DATED: June 25, 2018  McGREGOR W. SCOTT
United States Attorney

*/s/ John Mulroy*
JOHN MULROY
Special Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court has read and considered the stipulation regarding defendant's forfeiture of collateral, filed by the parties in this matter on June 25, 2018. The Court hereby finds that the stipulation, which this Court incorporates by reference into this order, demonstrates good cause to grant the parties' request for a change in defendant's plea and vacate all further proceedings against defendant as moot.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The criminal matter against defendant shall be closed.

2. The pending status conference set for July 17, 2018, and trial set for September 20, 2018, are vacated as moot.

IT IS SO ORDERED.

Dated: June 29, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE